## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Zakariya Abdikarim, | Case No. 26-CV-2649 (LMP/EMB) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Department of Homeland Security; Immigration and Custom Enforcement, St. Paul Field Office; Immigration Headquarters Post-Order Detention Unit (HQPDU) Washington DC; District Directors and Directors of Detention and Removal Field Offices; and J. Reller, Deportation Officer St. Paul MN Field Office, | |
| Defendants. | |

On May 20, 2026, I denied plaintiff Zakariya Abdikarim's application to proceed *in forma pauperis* because he has accrued three or more strikes under 28 U.S.C. § 1915(g). (Dkt. No. 3.) I directed Mr. Abdikarim to pay the filing fee within 14 days—by June 3, 2026. (*Id.* at 2.) I cautioned that, if he failed to pay the fee, I would recommend this action be dismissed without prejudice for failure to prosecute. (*Id.* (citing Fed. R. Civ. P. 41(b).)

That deadline has passed, and Mr. Abdikarim has not paid the filing fee or sought other relief. Consistent with my prior Order, I now recommend

this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY RECOMMENDED that this action be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: June 10, 2026              *s/Elsa M. Bullard*
                                  Elsa M. Bullard
                                  United States Magistrate Judge

## NOTICE

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections.  *See* Local Rule 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).

2