# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ZAKARIYA ABDIKARIM,

      Plaintiff,

v.

DEPARTMENT OF HOMELAND
SECURITY; IMMIGRATION AND
CUSTOM ENFORCEMENT, *St. Paul
Field Office*; IMMIGRATION
HEADQUARTERS POST-ORDER
DETENTION UNIT, *(HQPDU)
Washington DC*; DISTRICT
DIRECTORS AND DIRECTORS OF
DETENTION AND REMOVAL
FIELD OFFICES; and J. RELLER,
*Deportation Officer, St. Paul MN Field
Office*,

      Defendants.

Case No. 26-cv-2649 (LMP/EMB)

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation ("R&R"), ECF No. 4, of United States Magistrate Judge Elsa M. Bullard, which recommends dismissing Plaintiff Zakariya Abdikarim's Complaint, ECF No. 1, without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). No objections have been filed to the R&R in the time period permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Based upon all of the files, records, and proceedings in the above-captioned matter, including that there is no evidence that Abdikarim has paid the $405.00 filing fee as

directed by Judge Bullard in her May 20, 2026 order (ECF No. 3), the Court finds no clear

error.  Accordingly, **IT IS ORDERED THAT**:

1.    The R&R (ECF No. 4) is **ADOPTED**; and

2.    Abdikarim's complaint (ECF No. 1) is **DISMISSED** without prejudice for
      failure to prosecute.

Dated: June 25, 2026                          *s/Laura M. Provinzino*
                                              Laura M. Provinzino
                                              United States District Judge